**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Alaska

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Aleksey<br>First name<br>N.<br>Middle name<br>Kozlov<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 4 6 6<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1    Aleksey N. Kozlov           Case number *(if known)*_____
       First Name    Middle Name    Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN | ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN<br><br>___ ___ – ___ ___ ___ ___ ___ ___ ___<br>EIN |
| **5. Where you live** | 1322 91st Ave NE<br>Number    Street<br><br>_____<br><br>Clyde Hill        WA    98004<br>City                        State    ZIP Code<br>USA<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br>_____<br>P.O. Box<br>_____<br>City                        State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br>_____<br>_____<br>City                        State    ZIP Code<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br>_____<br>P.O. Box<br>_____<br>City                        State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>❏ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☑ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>There is a case pending in this district concerning my affiliate, Whittier Seafood, LLC, Case No. 24-00139 | *Check one:*<br><br>❏ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❏ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____<br>_____ |

Debtor 1   **Aleksey N. Kozlov**   Case number (*if known*)_____
 First Name  Middle Name  Last Name

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

❏ Chapter 7
☑ Chapter 11
❏ Chapter 12
❏ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❏ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❏ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
❏ Yes.   District _____  When __ __ / __ __ / __ __ __ __  Case number _____
              District _____  When __ __ / __ __ / __ __ __ __  Case number _____
              District _____  When __ __ / __ __ / __ __ __ __  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

❏ No
☑ Yes.   Debtor   See attached list of business cases    Relationship to you   Affiliate
              District   Alaska    When __ __ / __ __ / __ __ __ __   Case number, if known _____

              Debtor _____    Relationship to you _____
              District _____  When __ __ / __ __ / __ __ __ __   Case number, if known _____

**11. Do you rent your residence?**

☑ No.   Go to line 12.
❏ Yes.   Has your landlord obtained an eviction judgment against you?
    ❏ No. Go to line 12.
    ❏ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101   **Voluntary Petition for Individuals Filing for Bankruptcy**   page 3

Debtor 1   **Aleksey N. Kozlov**_____   Case number (*if known*)_____
         First Name     Middle Name     Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                                                            State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☑ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1   Aleksey N. Kozlov                                            Case number (*if known*)_____
         First Name   Middle Name   Last Name

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No
    ☐ Yes.   What is the hazard?   _____
                                    _____

             If immediate attention is needed, why is it needed?   _____
                                                                    _____

             Where is the property?   _____
                                       Number       Street

                                       _____

                                       _____  _____  _____
                                       City                                    State   ZIP Code

Debtor 1   __Aleksey__ __N.__ __Kozlov_____   Case number (*if known*)_____
         First Name   Middle Name   Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Aleksey N. Kozlov**                                          Case number (*if known*)_____
         First Name   Middle Name   Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
N/A

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Aleksey N. Kozlov                              ✗ _____
Signature of Debtor 1                                   Signature of Debtor 2

Executed on  08/20/2024                              Executed on _____
            MM / DD / YYYY                                       MM / DD / YYYY

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 7

Debtor 1  **Aleksey N. Kozlov**  Case number (*if known*)_____
         First Name   Middle Name   Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

✖ **/s/ James E. Torgerson**                   Date  **08/20/2024**
  Signature of Attorney for Debtor                    MM / DD / YYYY

**James E. Torgerson**
Printed name

**Stoel Rives LLP**
Firm name

**510 L. Street, Suite 500**
Number   Street

_____

**Anchorage**                          **AK**        **99501**
City                                   State        ZIP Code

Contact phone **(907) 263-8404**        Email address **jim.torgerson@stoel.com**

**8509120**                             **AK**
Bar number                              State

**Pending Bankruptcy Cases Filed by Affiliate (Petition, Part 2, Sec. 10)**

| Debtor Name | Case No. | Date Filed | District | Relationship |
|---|---|---|---|---|
| Wittier Seafood, LLC | 24-00139 | 8/19/2024 | Alaska | Affiliate |
| Marine Fishing International, Inc. | 24-00140 | 8/19/2024 | Alaska | Affiliate |
| Marine Fishing International, LLC | 24-00141 | 8/19/2024 | Alaska | Affiliate |
| Modys, LLC | 24-00142 | 8/19/2024 | Alaska | Affiliate |
| Salacia, LLC | 24-00143 | 8/19/2024 | Alaska | Affiliate |
| Silver Wave, LLC | 24-00144 | 8/19/2024 | Alaska | Affiliate |

**Fill in this information to identify your case:**

Debtor 1 _____
        First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | **Unsecured claim** |
|---|---|---|

**1**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim    $_____

**2**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim    $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1 _____    Case number (*if known*)_____
         First Name    Middle Name    Last Name

| | | Unsecured claim |
|---|---|---|

**3**
Creditor's Name: _____
Number  Street: _____
_____
City    State    ZIP Code
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim        $_____

**4**
Creditor's Name: _____
Number  Street: _____
_____
City    State    ZIP Code
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim        $_____

**5**
Creditor's Name: _____
Number  Street: _____
_____
City    State    ZIP Code
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim        $_____

**6**
Creditor's Name: _____
Number  Street: _____
_____
City    State    ZIP Code
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim        $_____

**7**
Creditor's Name: _____
Number  Street: _____
_____
City    State    ZIP Code
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
         Value of security:    − $_____
         Unsecured claim        $_____

Debtor 1 _____    Case number (*if known*)_____
         First Name    Middle Name    Last Name

|  | | Unsecured claim |
|---|---|---|

**8**  
Creditor's Name _____  
Number  Street _____  
_____  
City  State  ZIP Code  
Contact _____  
Contact phone _____  

**What is the nature of the claim?** _____  
**As of the date you file, the claim is:** Check all that apply.  
❏ Contingent  
❏ Unliquidated  
❏ Disputed  
❏ None of the above apply  
**Does the creditor have a lien on your property?**  
❏ No  
❏ Yes. Total claim (secured and unsecured):  $_____  
      Value of security:  − $_____  
      Unsecured claim  $_____  

$_____

**9**  
Creditor's Name _____  
Number  Street _____  
_____  
City  State  ZIP Code  
Contact _____  
Contact phone _____  

**What is the nature of the claim?** _____  
**As of the date you file, the claim is:** Check all that apply.  
❏ Contingent  
❏ Unliquidated  
❏ Disputed  
❏ None of the above apply  
**Does the creditor have a lien on your property?**  
❏ No  
❏ Yes. Total claim (secured and unsecured):  $_____  
      Value of security:  − $_____  
      Unsecured claim  $_____  

$_____

**10**  
Creditor's Name _____  
Number  Street _____  
_____  
City  State  ZIP Code  
Contact _____  
Contact phone _____  

**What is the nature of the claim?** _____  
**As of the date you file, the claim is:** Check all that apply.  
❏ Contingent  
❏ Unliquidated  
❏ Disputed  
❏ None of the above apply  
**Does the creditor have a lien on your property?**  
❏ No  
❏ Yes. Total claim (secured and unsecured):  $_____  
      Value of security:  − $_____  
      Unsecured claim  $_____  

$_____

**11**  
Creditor's Name _____  
Number  Street _____  
_____  
City  State  ZIP Code  
Contact _____  
Contact phone _____  

**What is the nature of the claim?** _____  
**As of the date you file, the claim is:** Check all that apply.  
❏ Contingent  
❏ Unliquidated  
❏ Disputed  
❏ None of the above apply  
**Does the creditor have a lien on your property?**  
❏ No  
❏ Yes. Total claim (secured and unsecured):  $_____  
      Value of security:  − $_____  
      Unsecured claim  $_____  

$_____

**12**  
Creditor's Name _____  
Number  Street _____  
_____  
City  State  ZIP Code  
Contact _____  
Contact phone _____  

**What is the nature of the claim?** _____  
**As of the date you file, the claim is:** Check all that apply.  
❏ Contingent  
❏ Unliquidated  
❏ Disputed  
❏ None of the above apply  
**Does the creditor have a lien on your property?**  
❏ No  
❏ Yes. Total claim (secured and unsecured):  $_____  
      Value of security:  − $_____  
      Unsecured claim  $_____  

$_____

Debtor 1 _____  Case number (*if known*)_____
         First Name    Middle Name    Last Name

| | Unsecured claim |
|---|---|

**13** _____
Creditor's Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
       Value of security:                    − $_____
       Unsecured claim                         $_____

**14** _____
Creditor's Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
       Value of security:                    − $_____
       Unsecured claim                         $_____

**15** _____
Creditor's Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
       Value of security:                    − $_____
       Unsecured claim                         $_____

**16** _____
Creditor's Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
       Value of security:                    − $_____
       Unsecured claim                         $_____

**17** _____
Creditor's Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
       Value of security:                    − $_____
       Unsecured claim                         $_____

Debtor 1 _____  Case number (*if known*)_____
        First Name    Middle Name    Last Name

|  | | **Unsecured claim** |
|---|---|---|

**18** _____  **What is the nature of the claim?** _____  $_____
   Creditor's Name
   _____  **As of the date you file, the claim is:** Check all that apply.
   Number   Street
   _____  ❑ Contingent
                                            ❑ Unliquidated
   _____  ❑ Disputed
   City   State   ZIP Code  ❑ None of the above apply
                                            **Does the creditor have a lien on your property?**
   _____  ❑ No
   Contact                         ❑ Yes. Total claim (secured and unsecured):  $_____
   _____          Value of security:  – $_____
   Contact phone                      Unsecured claim  $_____

**19** _____  **What is the nature of the claim?** _____  $_____
   Creditor's Name
   _____  **As of the date you file, the claim is:** Check all that apply.
   Number   Street
   _____  ❑ Contingent
                                            ❑ Unliquidated
   _____  ❑ Disputed
   City   State   ZIP Code  ❑ None of the above apply
                                            **Does the creditor have a lien on your property?**
   _____  ❑ No
   Contact                         ❑ Yes. Total claim (secured and unsecured):  $_____
   _____          Value of security:  – $_____
   Contact phone                      Unsecured claim  $_____

**20** _____  **What is the nature of the claim?** _____  $_____
   Creditor's Name
   _____  **As of the date you file, the claim is:** Check all that apply.
   Number   Street
   _____  ❑ Contingent
                                            ❑ Unliquidated
   _____  ❑ Disputed
   City   State   ZIP Code  ❑ None of the above apply
                                            **Does the creditor have a lien on your property?**
   _____  ❑ No
   Contact                         ❑ Yes. Total claim (secured and unsecured):  $_____
   _____          Value of security:  – $_____
   Contact phone                      Unsecured claim  $_____

| **Part 2:** | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ _____     ✘ _____
   Signature of Debtor 1                                           Signature of Debtor 2

  Date _____                              Date _____
        MM / DD / YYYY                                       MM / DD / YYYY

Bentley Financial Service
c/o Payment Center
75 Remittance Drive, Suite 1738
Chicago, IL 60675-1738

Cathay Bank
Attn: Jeffrey Heisinger
6230 Canoga Ave, Ste 910B
Woodland Hills, CA 91367

Cathay Bank
Attn: David Scheiber
9650 Flair Drive
El Monte, CA 91731

Cathay Bank
c/o Lane Powell
Attn: Gregory R. Fox & James B. Zack
1420 5th Ave, Ste 4200
Seattle, WA 98101

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

U.S. Treasury
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220

Land Rover Financial Group/Chase Bank
PO Box 78058
Phoenix, AZ  85062-8058

Office of the Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994

Office of the Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue Suite 2000
Seattle, WA 98104

AK LBF 40<br>(12/18)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

In re:

Aleksey N. Kozlov,

                Debtor(s).

Case No. _____
Chapter 11

## VERIFICATION OF CREDITOR MAILING MATRIX

I, Aleksey N. Kozlov, the undersigned debtor, do hereby certify under penalty of perjury that the attached master mailing list of creditors ("Matrix"), or amended master mailing list ("Amended Matrix"), is true and correct to the best of my knowledge, and I assume all responsibility for errors and omissions.

_8/20/2024_             /s/ Aleksey N. Kozlov_____
  *(date)*                          (*signature of debtor*)