UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

|  |  |
|---|---|
| In re<br><br>ALEKSEY N. KOZLOV,<br><br><br><br>Reorganized Debtor. | Case No. 24-00148-GS<br><br>Chapter 11<br><br>**ORDER ON MOTION TO SHORTEN TIME FOR HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING POST-CONFIRMATION FINANCING, AND (II) MODIFYING CONFIRMED PLAN OF REORGANIZATION**<br><br>HEARING DATE: June 24, 2026<br>TIME: 9:30 a.m. AKDT |

On June 11, 2026, the above-captioned reorganized debtor filed the Ex Parte Motion to Shorten Time for Hearing on Debtor's Motion for Entry of an Order (I) Approving Post-Confirmation Financing, and (II) Modifying Confirmed Plan of Reorganization (Motion for OST) (ECF No. 338). The court having reviewed the Motion for OST, together with the Debtor's Motion for Entry of an Order (I) Approving Post-Confirmation Financing, and (II) Modifying Confirmed Plan of Reorganization (Motion) (ECF No. 335) and all papers filed in support thereof, for the reasons stated in the Motion for OST,

IT IS HEREBY ORDERED as follows:

1. The Motion to Shorten Time for Hearing on Debtor's Motion for Entry of an Order (I) Approving Post-Confirmation Financing, and (II) Modifying Confirmed Plan of Reorganization (ECF No. 338) is GRANTED.

2. The hearing on the Debtor's Motion for Entry of an Order (I) Approving Post-Confirmation Financing, and (II) Modifying Confirmed Plan of Reorganization (ECF No. 335) will be held before the undersigned on **June 24, 2026, at 9:30 a.m. AKDT** in the Herbert A. Ross Historic Courtroom, Old Federal Building, 605 West 4th Avenue, Anchorage, Alaska by remote appearance via Zoom video conference.

1

3.      **No later than close of business on June 12, 2026**, the debtor must serve the Motion, all supporting papers and a copy of this Order via expedited means (email, facsimile, and/or personal delivery) on the United States Trustee, counsel for Cathy Bank, the Plan Administrator and its counsel, if any, and all creditors.

4.      Responses or objections, if any, to the Motion must be filed with the court and served on the United States Trustee and counsel for the movant via expedited means (email, facsimile, and/or personal delivery) **no later than close of business on June 17, 2026**.

5.      Replies to any responses may be made orally at the hearing.

6.      The parties are responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the hearing through the Zoom video, participation may be telephonic. Instructions for appearing via Zoom or telephone are available on the court's website at www.akb.uscourts.gov and on the posted hearing calendar.

Date: June 11, 2026                                          BY THE COURT

                                                /s/ Gary Spraker
                                                GARY SPRAKER
                                                  United States Bankruptcy Judge

Serve:  Debtor
        J. Kaplan, Esq.
        J. Torgerson, Esq.
        J. Zack, Esq.
        U.S. Trustee
        ECF Participants via NEF
        Calendar – Zoom video