Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone:  (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| In re | Chapter 11 |
|---|---|
| ALEKSEY N. KOZLOV, | Case No. 24-00148 |
| Debtor. | **STIPULATION RE MOTION FOR ENTRY OF AN ORDER (I) APPROVING POST-CONFIRMATION FINANCING, AND (II) MODIFYING CONFIRMED PLAN OF REORGANIZATION** |

Cathay Bank ("Cathay"), J.S. Held LLC[1] (the "Plan Administrator"), and Aleksey Kozlov (the "Debtor") (collectively, the "Parties") hereby enter into this Stipulation to resolve Cathay's and the Plan Administrator's objections to the Debtor's *Motion for Entry of an Order (I) Approving Post-Confirmation Financing, and (II) Modifying Confirmed Plan of Reorganization* (the "Refinance Motion").  ECF No. 335.

---

[1] Formerly known as The Stapleton Group.

STIPULATION RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 1

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

## I.   RECITALS

A.   On July 18, 2025, the Court entered an order confirming the *Statutory Committee of Unsecured Creditors Second Amended Chapter 11 Plan for Aleksey N. Kozlov* (the "Plan"). ECF No. 225, 271.

B.   The Plan provides deadlines and procedures for the Debtor or Plan Administrator to list and sell certain real property assets and distribute the proceeds thereof, including certain real property located at 7170 N. 69th Place, Paradise Valley, Arizona 85253 (the "Arizona Property").

C.   Pursuant to the Plan, on December 31, 2025, the Debtor listed the Arizona Property for sale and engaged Chris Karas as the real estate broker to market and sell the Arizona Property (the "Broker").

D.   Pursuant to the Plan, on May 1, 2026, the Plan Administrator assumed exclusive responsibility for marketing and selling the Arizona Property, and retained the Broker as the Plan Administrator's real estate broker to continue marketing and selling the Arizona Property.

E.   On June 5, 2026 the Plan Administrator entered into a purchase and sale agreement to sell the Arizona Property to a third-party buyer for the purchase price of $6,370,000 (the "Pending Sale").

F.   On June 11, 2026, the Debtor filed the Refinance Motion, seeking Court approval of a proposed financing transaction intending to fully pay all amounts owing under the Plan to Cathay, the Plan Administrator, and the Broker, using the proceeds of a proposed loan from a third-party lender (the "Proposed Refinance" and the "Refinance Lender").

G.   On June 17, 2026, Cathay and the Plan Administrator filed objections to the Refinance Motion (the "Objections").  ECF No. 342, 345.

H.   As of June 30, 2026, Cathay's allowed claim ("Cathay's Claim") will have a remaining balance of $4,310,096.15.

I.   Debtor represents that all unsecured claims have been paid and that other than administrative expense claims, Cathy's Claim is the only creditor claim entitled to distribution under Plan § 14.4(c) as a result of the sale of the Arizona Property.

STIPULATION RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 2

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

J.      As of June 30, 2026, the Plan Administrator's fees and expenses (the "Plan Administrator's Claim") will have an estimated remaining balance of $45,000.

K.      As of June 30, 2026, the Broker's expenses (the "Broker's Claim") will have an estimated remaining balance of $8,500.

L.      The Debtor represents, and has provided proof, that he made a $250 payment to the United States Trustee program on June 22, 2026.

M.      The Parties now agree and stipulate to resolve the Refinance Motion and the Objections in accordance with the following terms and conditions; provided, however, that Plan Administrator's consent to the relief in this Stipulation is conditioned upon the third-party buyer in the Pending Sale to agree to mutually cancel the agreement related to the Pending Sale and waive any claims to enforce such agreement.

## II.      STIPULATION

1.      The recitals in paragraphs "A" through "H" above are incorporated here as though set forth in full.

2.      The Proposed Refinance transaction must close on or before **June 30, 2026** (the "Refinance Deadline") in compliance with the following terms and pursuant to mutually agreeable escrow instructions (the "Escrow Instructions") to be prepared and executed jointly by the Parties and the applicable escrow agent, Carole Lockaby, Commercial Escrow Officer, Premier Title Agency (the "Escrow Agent"):

a.      On or before the Refinance Deadline, Cathay shall receive full payment of Cathay's Claim (the "Cathay Distribution");

b.      On or before the Refinance Deadline, the Plan Administrator shall receive full payment of the Plan Administrator's Claim (the "Plan Administrator Distribution");

c.      On or before the Refinance Deadline, the Broker shall receive full payment of the Broker's Claim (the "Broker Distribution"); and

d.      In immediate succession after the Cathay Distribution, the Plan Administrator Distribution, and the Broker Distribution are each distributed and received, the

STIPULATION RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 3

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

Escrow Agent shall be authorized to (i) record a reconveyance of Cathay's deed of trust encumbering the Arizona Property, (ii) record a quit claim deed transferring the Arizona Property from the Debtor to N 69th Place, LLC, (iii) record a deed of trust in favor of the Refinance Lender encumbering the Arizona Property, and (iv) take all other steps reasonably necessary to close the Proposed Refinance transaction.

3. Upon payment of the Cathay Distribution, the Plan Administrator Distribution, and the Broker Distribution, each in compliance with the terms set forth in Section II.2 above and pursuant to the Escrow Instructions, then the Plan Administrator shall be relieved of any further duties in this case.

4. By the later of (i) June 24, 2026, or (ii) two court days after entry of the order approving this Stipulation:

a. Cathay Bank shall provide its Escrow Instructions, including an updated balance and per diem interest, to the Escrow Agent; and

b. The Plan Administrator shall provide the current amounts of the Plan Administrator's Claim and the Brokers' Claim to the Escrow Agent.

5. If the Proposed Refinance transaction does not close on or before the Refinance Deadline in compliance with the terms set forth in Section II.2 above and pursuant to the Escrow Instructions, despite the reasonable cooperation of Cathay Bank and the Plan Administrator, then:

a. The Proposed Refinance transactions shall be void and prohibited;

b. The Debtor shall be deemed to have consented to the Pending Sale or any other sale of the Arizona Property pursuant to the Plan, and shall cooperate promptly and completely with all requests by the Plan Administrator that are reasonably necessary to close the Pending Sale or any other sale of the Arizona Property pursuant to the Plan;

c. As of July 1, 2026, the remaining principal balance of Cathay's Claim shall be increased by $300,000, and Cathay's Claim shall continue to accrue interest at the rate of 13.25% per annum; and

STIPULATION RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 4

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

d.    The Debtor shall be deemed to have waived any rights to receive distributions of proceeds from the Pending Sale or any other sale of the Arizona Property, including without limitation such rights under Section 14.4(c) of the Plan, until Cathay's Claim, the Plan Administrator's Claim, and the Broker's Claim have been fully paid, such that the rights of the Debtor to receive any distributions under the Plan shall be subordinated to the rights of Cathay, the Plan Administrator, and the Broker in all respects and shall be limited to only receiving any surplus funds remaining after Cathay's Claim, the Plan Administrator's Claim, and the Broker's Claim have been fully paid.

e.    The Debtor assumes all responsibility for any claims made by the Broker for breach of the relevant listing agreement and in connection with cancellation of the Pending Sale and the Plan Administrator shall have no obligation to pay such claims.

6.    The Parties respectfully request that the Court enter an order approving this Stipulation and authorizing the transactions as agreed herein.

**SO STIPULATED**

DATED:  June 23, 2026          BALLARD SPAHR LLP


By:   */s/ James B. Zack*
James B. Zack, *Admitted Pro Hac Vice*
Attorneys for Cathay Bank

DATED:  June 23, 2026          K&L GATES LLP


By:   */s/ Brian T. Peterson*
Brian T. Peterson, *Admitted Pro Hac Vice*
Attorney for Plan Administrator

DATED:  June 23, 2026          JONAS V. ANDERSON
Acting United States Trustee for Region 18


By:   */s/ Caitlyn J. Myerson*
Caitlyn J. Myerson, Fla. Bar #1027074
Attorney for United States Trustee

STIPULATION RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 5

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

DATED:  June 23, 2026                    STOEL RIVES LLP


By:   */s/ John S. Kaplan*
         John S. Kaplan, *Admitted Pro Hac Vice*
Attorneys for Aleksey Kozlov

STIPULATION RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 6

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 23, 2026, a true and correct copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing, including the following persons:

> Debtors
> U.S. Trustee
> Registered ECF Participants

By:  */s/James B. Zack*
     James B. Zack, Ballard Spahr LLP

STIPULATION RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 7

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

# EXHIBIT A

Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone:  (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| In re | Chapter 11 |
|---|---|
| ALEKSEY N. KOZLOV, | Case No. 24-00148 |
| Debtor. | **STIPULATED ORDER RE MOTION FOR ENTRY OF AN ORDER (I) APPROVING POST-CONFIRMATION FINANCING, AND (II) MODIFYING CONFIRMED PLAN OF REORGANIZATION** |

This matter having come before the Court on the *Stipulation re Motion for Entry of an Order (I) Approving Post-Confirmation Financing, and (II) Modifying Confirmed Plan of Reorganization* attached hereto as <u>Exhibit A</u> (the "Stipulation"),[1] and the Court having considered the Stipulation, and it appearing to the Court that good cause exists to approve the Stipulation; now, therefore,

//

---

[1] Capitalized terms used but not defined in this Order have the meaning set forth in the Stipulation.

STIPULATED ORDER RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 1

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

**IT IS HEREBY ORDERED:**

1. The Stipulation is APPROVED.

2. This case shall be deemed to be (1) temporarily re-opened for administrative purposes based upon the filing of the Debtor's Motion for Entry of an Order (I) Approving Post-Confirmation Financing, and (II) Modifying Confirmed Plan of Reorganization (ECF No. 335) (the "**Motion**"). and (2) re-closed for administrative purposes upon entry of this Order.

3. Other than the $250 fee paid by the Debtor, no further United States Trustee fees shall be due in this case.

ENTERED this ___ day of June 2026.

_____
THE HONORABLE GARY SPRAKER
United States Bankrupcy Judge

Serve:   Debtor
         U.S. Trustee
         ECF Participants via NEF

STIPULATED ORDER RE MOTION FOR ENTRY OF AN ORDER
(I) APPROVING POST-CONFIRMATION FINANCING, AND
(II) MODIFYING CONFIRMED PLAN OF REORGANIZATION - 2

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107